STATE of Missouri, Respondent,

v.

Stanley W. BLANKENSHIP, Appellant.

No. WD 60658.

Missouri Court of Appeals,
Western District.

Oct. 8, 2002.

Ellen H. Flottman, Assistant Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, John Munson Morris, III, Assistant Attorney General, Jefferson City, for Respondent.

Before ROBERT G. ULRICH, Presiding Judge, PAUL M. SPINDEN, Judge, and EDWIN H. SMITH, Judge.

**ORDER**

Stanley W. Blankenship appeals the circuit court's judgment convicting him of one count of statutory rape. We affirm. Rule 30.25(b).